STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864
(STEVE@NIELSENPATENTS.COM)
100 LARKSPUR LANDING CIRCLE, SUITE 216
LARKSPUR, CA 94939-1743
TELEPHONE:(415) 461-2700
FACSIMILE: (415) 461-2726

MATTHEW P. HARPER (*PRO HAC VICE* MOTION FORTHCOMING)
(MHARPER@HARPERIP.NET)
HARPER IP GROUP, LLC
817 N. SADDLEBROOK
BEDFORD, TX 76021
TELEPHONE:(214) 293-7846

Attorneys for Plaintiff
EXAFER, LTD

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EXAFER, LTD.<br><br>        Plaintiff,<br><br>        vs.<br><br>PICA8, INC.<br><br>        Defendant. | PATENT<br><br>Case No.<br><br>**COMPLAINT FOR JUDGMENT OF INFRINGEMENT OF PATENT 8,325,733**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Plaintiff Exafer, Ltd. ("Exafer") hereby complains of defendant Pica8, Inc. ("Pica8" or "Defendant") as follows:

**PARTIES**

1. Plaintiff Exafer is a company organized under the laws of the Country of Israel with its principal place of business located at 131 Ramot Meir, Israel.

2. On information and belief, Defendant Pica8, Inc. is a privately-held company with its principal place of business located at 1032 Elwell Court, Suite 105, Palo Alto, California, 94303. On information and belief, Defendant Pica8 regularly conducts business in this judicial district at least through its offers for sale, and sales of infringing systems and services from its regular and established place of business in Palo Alto.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. § 101 *et seq*.

4. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court may exercise personal jurisdiction over Pica8 based upon its contacts within this forum, including regularly conducting business in this judicial district, by, *inter alia*, selling/offering for sale infringing systems and services in this judicial district.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c), (d) or 1400(b) as Defendant has a regular and established place of business in this district.

## THE '733 PATENT

7. United States Patent No. 8,325,733 ("the '733 patent") entitled "Method and System for Layer 2 Manipulator and Forwarder" was duly and legally issued by the United States Patent & Trademark Office on December 4, 2012.

8. Exafer owns all right title and interest in the '733 patent. A copy of Exafer's '733 patent is attached to this Complaint as Exhibit A.

## DEFENDANTS' INFRINGING ACTIVITIES

9. Without Exafer's authorization, Pica8 has made, used, offered for sale and sold in the United States systems that infringe one or more claims of the '733 patent.

10. Indeed, Pica8 has infringed one or more of the claims of the '733 patent.  The Accused Pica8 instrumentalities include, at least its "Pica8 White Box SDN Solution" line of products and services listed on the Pica8 website at http://www.pica8.com/sdn-solutions (the "Accused Pica8 Instrumentality").

11. Exafer has been and will continue to be irreparably harmed by Pica8's infringement of the '733 patent.

## COUNT 1: PATENT INFRINGEMENT

12. Exafer re-alleges each and every allegation above, and incorporates them by reference herein.

13. Pica8 has directly infringed and continues to directly infringe at least claim 40 of the '733 patent under 35 U.S.C. §271(a), by making and/or importing, using, offering to sell, and selling the Accused Pica8 Instrumentality in or into the United States.

14. Claim 40 is used here to demonstrate Pica8's infringement of the '733 patent' system claims. The following statements are in no way meant to limit Exafer's ability to assert additional system claims of the '733 patent.  Infringement contentions pursuant to the local patent rules will be served in due course in this case and those contentions are incorporated herein by reference.

Claim 40 of the '733 patent recites:

- A layer 2 forwarder and manipulator (L2FM) located in a layer 2 network and serves a plurality of networks entities, the L2FM comprising
- a flow identifier;
- one or more flow managers; and
- a forward-flow manager; wherein the flow identifier receives a plurality of frames, from a plurality of entities, identifies one or more flows and accordingly, associates a flow to a

- 3 -
COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND

flow manager out of the one or more flow managers and forwards the flow frames to the associated flow manager;

- wherein per each new flow the flow manager, obtains forwarding control information for the new flow from a remote-admission-and-information controller (RAIC) and
- based on the obtained information, defines rules for forwarding the flow frames, and assigns the forwarding rules and the flow frames to the forward-flow manager
- wherein at least part of the forwarding-control information is obtained from the selected RAIC after transferring one or more frames of the new flow toward the selected RAIC;
- and wherein the forward-flow manager, handles the flow frames and forwards the flow frames to an appropriate port based on the forwarding rules.

15. The Pica8 Accused Instrumentality infringes claim 40 of the '733 by, for example, the Pica8 White Box SDN Solution being a layer 2 forwarder and manipulator (L2FM) located in a layer 2 network that serves a plurality of networks entities.  Indeed, the White Box utilizes the OpenFlow 1.4 standard protocols in its switching solution.  The Pica8 Accused Instrumentality further utilizes a first flow table where matching packets from multiples streams sent by a plurality of networks.  The White Box SDN is designed for multiple broadcast networks and therefore receives a plurality of frames in the OSI model from a plurality of entities.  The OSI model includes layer 2 data.

16. The Pica8 Accused Instrumentality also includes a flow identifier and one or more flow managers. According to the OpenFlow Standard, the Flow Table and Group Table both act as a flow identifier and a flow manager.  The OpenFlow Switch consists of one or more flow tables and a group table, which perform packet lookups and forwarding.

17. The Pica8 Accused Instrumentality additionally includes a forward-flow manager; wherein the flow identifier receives a plurality of frames, from a plurality of entities,

identifies one or more flows and accordingly, associates a flow to a flow manager out of the one or more flow managers and forwards the flow frames to the associated flow manager. The Flow Table and Group Table both include instruction sets that allow them to act as the forward-flow manager, flow identifier and the flow manager.

18. In addition, the Pica8 Accused Instrumentality includes a remote-admission-and-information controller (RAIC) wherein for each new flow the flow manager, obtains forwarding control information for the new flow from the RAIC. According to the OpenFlow Standard, the controller acts as the RAIC. Using the OpenFlow protocol, the controller can add, update, and delete flow entries in flow tables, both reactively (in response to packets) and proactively. Each flow table in the switch contains a set of flow entries; each flow entry consists of match fields, counters, and a set of instructions to apply to matching packets.

19. Furthermore, the Pica8 Accused Instrumentality takes the information from the RAIC, and based on the obtained information, defines rules for forwarding the flow frames, and assigns the forwarding rules and the flow frames to the forward-flow manager. The controller can add, update, and delete flow entries in flow tables, both reactively (in response to packets) and proactively. Each flow table in the switch contains a set of flow entries; each flow entry consists of match fields, counters, and a set of instructions to apply to matching packets.

20. The Pica8 Accused Instrumentality also takes at least the forwarding control information from the RAIC that was based transferring one or more frames of the new flow toward the selected RAIC. The White Box SDN Solution utilizes forward-flow manager that handles the flow frames and forwards the flow frames to an appropriate port based on the forwarding rules.

21. Upon information and belief available to the Exafer at the time of the filing of this Complaint, Pica8 has infringed, and continues to infringe, at least 40 of the '733 patent.

## JURY DEMAND

Exafer requests a trial by jury of all issues so triable.

## RELIEF REQUESTED

WHEREFORE, Plaintiff Exafer respectfully prays for:

**A.** Judgment that Defendant Pica8 has and is infringing United States Patent No. 8,325,733 in violation of 35 U.S.C. § 271(a)

**B.** An award of damages adequate to compensate Plaintiff Exafer for the patent infringement that has occurred pursuant to 35 U.S.C. § 284;

**C.** An assessment of costs, including reasonable attorney fees, pursuant to 35 U.S.C. § 285, with prejudgment interest;

**D.** Such other and further relief as this Court deems just and proper.

Respectfully Submitted,

DATED: September 13, 2017     By  /s/ Steven A. Nielsen
                                                         Steven A. Nielsen
                                                         Attorneys for Plaintiff

                                                         EXAFER, LTD

COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND

## **JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), EXAFER, LTD demands a trial by jury of all issues triable of right by jury.

By /s/ Steven A. Nielsen
Steven A. Nielsen

Attorneys for Plaintiff

EXAFER, LTD